**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM GENE EATON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL NO. 3:17-CV-0560** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **SCHUYLKILL MEDICAL CENTER***, et* | : | |
| ***al.,*** | : | |
| | : | |
| **Defendants** | : | |

**O R D E R**

   **AND NOW**, this **9th** day of **APRIL**, **2018**, upon consideration of the Defendants'

motion to dismiss (ECF No. 14) due to Mr. Eaton's failure to comply with Pa. R. Civ. P.

1042.3, it is hereby **ORDERED** that:

   1.   Defendants' motion to dismiss (ECF No. 14) is **GRANTED**.

   2.   Mr. Eaton's professional liability claims against the John Doe
        surgeons are hereby dismissed.

   3.   Mr. Eaton's corporate negligence claim against Schuylkill
        Medical Center East is dismissed.

   4.   The Clerk of Court shall close this case.


                                          /s/ A. Richard Caputo
                                          **A. RICHARD CAPUTO**
                                          **United States District Judge**